## THE PEOPLE, PLAINTIFFS, *v.* JOHN FARRELL, DEFENDANT.

CERTIFYING CAUSES INTO THE SUPREME COURT.—The provisions of section 326 of the civil practice act, authorizing the district court to certify questions of law to the supreme court for decision, apply to civil cases only.

THE defendant was indicted in the district court of the third judicial district, in and for Ada county, for the crime of murder. At the April term of said court, 1866, he moved, upon affidavits, for a change of venue, which motion was denied. Afterwards, the defendant having procured additional affidavits, moved the court to reopen and re-examine the motion for a change of venue, which motion was also refused. The defendant then filed his additional affidavits, whereupon the court made the order referred to in the opinion of the court.

*Albert Heed,* district attorney, for the people.

*Curtis & George, and I. N. Smith,* for the defendant.

KELLY, J., delivered the opinion of the court, McBRIDE, C. J., concurring.

This cause came up to be heard in the court below upon the motion of defendant for a change of venue, and after the argument of counsel the court made the following order: "After hearing of said motion the court withheld further judgment thereon, and the same was adjourned into the supreme court for a hearing and decision of said motion."

The three hundred and twenty-sixth section of the civil practice act provides as follows: " Whenever on the trial of an action at law, in the district court, it shall be found to turn on an important or doubtful principle of law, the court may direct a special verdict to be found; and in all cases the parties may agree upon the facts, and such agreement, in writing, signed by the parties or their attorneys, shall be made a part of the record; and all questions of law arising on special verdicts, agreed cases, motions for new trial, and all others in any manner arising in the district courts,

4

in law or equity, may be adjourned into the supreme court for decision; and the supreme court may give judgment, or remand the cause, or make any order according to the law of the case."

This is a statutory provision for the submission or the adjournment of doubtful questions which may arise in a district court on the trial of an action at law or equity to the supreme court. Such cases are confined to the civil practice. Appeals to the supreme court in criminal cases must be taken from a final judgment of the district court, or from an order of the district court, allowing a demurrer, granting or refusing a new trial. (See criminal practice act, sec. 468.) The motion adjourned into this court arises upon a question which the district judge should first decide in that court. To take any other view of the case would tend to allow defendants in criminal cases, whenever in the progress of a trial they see proper to take exceptions, to ask to have the question adjourned to the supreme court for its decision. The statute does not contemplate such a course.

The question must therefore be remanded to the district court for final adjudication.